971

**FARMERS TRACTOR & EQUIPMENT CO., Appellant**

v.

**UNITED STATES.**

No. 17504.

United States Court of Appeals
Eighth Circuit.

Jan. 20, 1964.

J. Gaston Williamson, Little Rock, Ark., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice and Robert D. Smith, U. S. Atty., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant. D.C., 224 F.Supp. 391.

**M. T. CRAIG, Appellant,**

v.

**TEXACO, INC., Appellee.**

No. 9167.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 9, 1964.

Decided Jan. 22, 1964.

George Rountree, Jr., Wilmington, N. C. (Rountree & Clark, Wilmington, N. C., on brief), for appellant.

Lonnie B. Williams and Alan A. Marshall, Wilmington, N. C. (Poisson, Marshall, Barnhill & Williams, Wilmington, N. C., on brief), for appellee.

Before SOBELOFF, Chief Judge, and BOREMAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

This is an action involving defendant's termination of a contract and lease which, it is claimed, were procured through fraud and misrepresentation on the part of the defendant. Upon the record before it, the District Court found that there was no genuine issue as to any material fact and granted defendant's motion for summary judgment. We find no error. D.C., 218 F.Supp. 789.

Affirmed.

**James R. FREELING, Appellant,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Appellee.**

No. 7314.

United States Court of Appeals
Tenth Circuit.

Sept. 30, 1963.

Delmer L. Stagner, Sam W. Moore, Oklahoma City, Okl., for appellant.

John H. Cantrell, Oklahoma City, Okl., John F. Lord, Gen. Counsel, Leslie H. Fisher, Asst. Counsel, Washington, D. C., for appellee.

Before MURRAH, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the United States District Court for the Western District of Oklahoma and was argued by counsel.

On consideration whereof, it is now here ordered by this court that the judgment of the lower court is hereby affirmed for the reasons stated in the Trial Court's opinion, D.C., 221 F.Supp. 955.